UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL THAYIL,<br><br>              **Plaintiff**,<br><br>- against -<br><br>FOX CORPORATION;<br>SIMON COWELL;<br>EMI MUSIC PUBLISHING COMPANY;<br>SONY MUSIC ENTERTAINMENT;<br>SIMON FULLER;<br>19 ENTERTAINMENT;<br>CKX, INC.;<br>NIGEL LYTHGOE; AND<br>NBC UNIVERSAL,<br><br>              **Defendants.** | 11-cv-04791 (SAS)<br><br>ECF Case<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Rebecca Hughes Parker of SNR Denton US LLP hereby enters her appearance as counsel for Fox Broadcasting Corporation and Sony Music Entertainment in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated: October 5, 2011

                                                Respectfully submitted,

                                                      s/

                                              Rebecca Hughes Parker (RP 6262)
                                              SNR Denton US LLP
                                              1221 Avenue of the Americas
                                              New York, New York 10020
                                              Telephone: (212) 768-6700
                                              Fax: (212) 768-6800
                                              rebeccahughes.parker@snrdenton.com

                                              *Attorneys for Fox Broadcasting Corporation and*
                                              *Sony Music Entertainment*